# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-11885-MDC

JEFFREY L DAVIS, SR.

146 WEST GRANGE AVENUE

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  JEFFREY L DAVIS, SR.

  146 WEST GRANGE AVENUE

  PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

  PAUL H YOUNG
  3554 HULMEVILLE RD
  SUITE 102
  BENSALEM, PA 19020

Date: 6/14/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee