# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| JEFFERY L. DAVIS SR., | : CASE NO. 18-11885-MDC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| JEFFERY L. DAVIS SR., | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 28 |

### CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on July 12, 2018, by:

**18-11885-MDC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Kevin G. McDonald at bkgroup@kmllawgroup.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Paul H. Young at saupport@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com, pyoung@ymalaw.com

**18-11885-MDC Notice will not be electronically mailed to:**

EXECUTED ON: July 12, 2018

                                  Respectfully submitted by,

                        By:    /s/ Jim Peavler
                               Counsel
                               PA Department of Revenue
                               Office of Chief Counsel
                               Dept. 281061
                               Harrisburg, PA 17128-1061
                               PA I.D.  320663
                               Phone:  717-787-2747
                               Facsimile:  717-772-1459
                               jpeavler@pa.gov