United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11885-mdc
Jeffrey L. Davis, Sr.                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: CarolP          Page 1 of 1        Date Rcvd: Nov 08, 2018
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
db             +Jeffrey L. Davis, Sr.,    146 West Grange Avenue,    Philadelphia, PA 19120-2446

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
              JIM   PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor    Citibank, N.A., as Trustee, in trust for registered
               Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE3 Trust bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Jeffrey L. Davis, Sr. support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., as Trustee, in trust for registered
               Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE3 Trust bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JEFFREY L. DAVIS, SR. | ) |
| **Debtor** | ) |
| | ) CHAPTER 13 |
| SANTANDER CONSUMER USA INC. | ) |
| **Moving Party** | ) Case No.: 18-11885 (MDC) |
| | ) |
| v. | ) **Hearing Date: 11-6-18 at 10:30 AM** |
| | ) |
| JEFFREY L. DAVIS, SR. | ) 11 U.S.C. 362 |
| **Respondent** | ) |
| | ) |
| WILLIAM C. MILLER | ) |
| **Trustee** | ) |
| | ) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property only described as a **2015 Nissan NV** bearing vehicle identification number 3N6CM0KN6FK710044 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:   November 8, 2018

_____
UNITED STATES BANKRUPTCY JUDGE